AO 442   (Rev. 11/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida

UNITED STATES OF AMERICA

vs.

**WARRANT FOR ARREST**

Narseal Batiste, et al.,

06 - 20373 CR - LENARD / KLEIN

Case Number:

Defendants.

_____/

FILED by _____ D.C.
MAG. SEC.

JUN 2 2 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __NAUDIMAR HERRER, a/k/a "Brother Naudy"__

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with   (brief description of offense)
Conspiracy to provide material support to a foreign terrorist organization, Conspiracy to provide material support to terrorists, Conspiracy to destroy buildings by explosives, and Seditious conspiracy

in violation of   ___18___   United States Code, Section(s)   __2339B, 2339A, 844(n), 2384__

Clarence Maddox

Name of Issuing Officer

_____
Signature of Issuing Officer

Court Administrator ● Clerk of Court

Title of Issuing Officer

6/22/06, MIAMI, FL
Date and Location

Bail fixed at $ _____   by   _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 142   (Rev. 12 85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   NAUDIMAR HERERRA

ALIAS:  Brother Naudy

LAST KNOWN RESIDENCE:   6262/6260 NW 15th Ave., Miami, FL

LAST KNOWN EMPLOYMENT:   Azteca Stucco and Masonary

PLACE OF BIRTH:  Florida

DATE OF BIRTH:  12/12/83

SOCIAL SECURITY NUMBER:  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

HEIGHT:  5' 7"          WEIGHT:  140

SEX:  Male          RACE:  Black

HAIR:  Black          EYES:  Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:   Dreadlocks

FBI NUMBER:  187984NBO

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:   FBI - 16320 NW 2nd Ave., Miami, FL 33169

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: NAUDIMAR HERRERA, a/k/a "Brother Naudy"

PRE-TRIAL DETENTION

(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
JACQUELINE ARANGO
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): John Stewart, FBI
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) ( **OTHER**)