# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida

UNITED STATES OF AMERICA

vs.

Narseal Batiste, et al.,

Defendants.

**WARRANT FOR ARREST**

Case Number: 06-20373-CR-LENARD / KLEIN

*FILED BY MAG. SEC. D.C. JUN 22 2006 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. · MIAMI*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    BURSON AUGUSTIN a/k/a "Brother B"
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with   (brief description of offense)
Conspiracy to provide material support to a foreign terrorist organization, Conspiracy to provide material support to terrorists, Conspiracy to destroy buildings by explosives, and Seditious conspiracy

in violation of ___18___ United States Code, Section(s) ___2339B, 2339A, 844(n), 2384___

Clarence Maddox                              Court Administrator • Clerk of Court
Name of Issuing Officer                      Title of Issuing Officer

[signature]                                  06/22/06, Miami
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____                   by _____
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: BURSON AUGUSTIN

ALIAS: Brother B

LAST KNOWN RESIDENCE: 6262/6260 NW 15th Avenue, Miami, FL 33147

LAST KNOWN EMPLOYMENT: Azteca Stucco and Masonary, Inc.

PLACE OF BIRTH: Florida

DATE OF BIRTH: 12/18/84

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5' 6"           WEIGHT: 150

SEX: Male              RACE: Black

HAIR: Black            EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: Dreadlocks

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO: Red Ford Taurus, Florida Tag V26-MSA

INVESTIGATIVE AGENCY AND ADDRESS: FBI, 16320 NW 2nd Avenue, 33169

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: Burson Augustin, a/k/a "Brother B"

PRE-TRIAL DETENTION

(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
JACQUELINE ARANGO
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

What Facility: _____

Agent(s): John Stewart, FBI
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (**OTHER**)