

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



UNITED STATES OF AMERICA,

        Case No. 06-20373-Cr-LENARD

    Plaintiff,      VOLUME 1

vs.            MIAMI, *FLORIDA*
             June 30, 2006

NARSEAL BATISTE, a/k/a
Brother Naz, a/k/a Prince
Manna, et al.,

    Defendants.
_____

**TRANSCRIPT OF PRETRIAL DETENTION HEARING**
**BEFORE THE HONORABLE TED E. BANDSTRA,**
**UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

        *United States Attorney's Office*
        99 N.E. 4th Street
        Miami, Florida 33132
        **BY: JACQUELINE M. ARANGO, A.U.S.A.**
        **BY: RICHARD E. GETCHELL, JR., A.U.S.A.**

```
 1    FOR THE DEFENDANT BATISTE:
 2
 3
 4                         Federal Public Defender's Office
                           BY: JOHN W. WYLIE, A.F.P.D.
 5                         159 Flagler Street
                           Miami, Florida 33131
 6
 7
 8    FOR THE DEFENDANT ABRAHAM:
 9
10
                           BY: ALBERT Z. LEVIN, ESQ.
11                         261 N.E. First Street
                           6th Floor
12                         Miami, Florida 33132
13
14
      FOR THE DEFENDANT PHANOR:
15
16
                           Brinkley Darrell & Vereen
                           BY: RODERICK D. VEREEN, ESQ.
                           4770 Biscayne Boulevard
                           Suite 1200
                           Miami, Florida 33131



      FOR THE DEFENDANT HERRERA:




                           BY: RICHARD K. HOULIHAN, ESQ.
                           300 Aragon Avenue
                           Gables International Center
                           Coral Gables, Florida 33134
```

```
 1
 2
 3
 4    FOR THE DEFENDANT BURSON AUGUSTIN:
 5
 6
 7
                        BY: GREGORY A. PREBISH, ESQ.
 8                          Courthouse Plaza
                            28 W. Flagler Street
 9                          Miami, Florida 33130
10
11
12
13    FOR THE DEFENDANT ROTHCHILD AUGUSTINE:
14
15
16
                        BY: NATHAN D. CLARK, ESQ.
17                          17639 S. Dixie Highway
                            Miami, Florida 33157
18
19


      REPORTED BY:      JERALD M. MEYERS, RPR-CM
                        J.M. Court Reporting, Inc.
                        1601 N.W. 109 Terrace
                        Pembroke Pines, Florida 33026-2717
```

STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-20373-CR JAL
## DE#112

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____