```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                            MIAMI DIVISION
                  CASE NO. 06-20373-CR-LENARD/TORRES
```

FILED by _____ D.C.
APPEALS
JUL 30 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

|                                      |                                      |
|--------------------------------------|--------------------------------------|
| UNITED STATES OF AMERICA,            | MIAMI, FLORIDA                       |
|       Plaintiff,                     | JULY 17, 2007                        |
|       vs.                            |                                      |
| NARSEAL BATISTE,                     |                                      |
| PATRICK ABRAHAM,                     |                                      |
| STANLEY GRANT PHANOR,                |                                      |
| NAUDIMAR HERRERA,                    |                                      |
| BURSON AUGUSTIN,                     |                                      |
| LYGLENSON LEMORIN,                   |                                      |
| ROTSCHILD AUGUSTINE,                 |                                      |
|       Defendants.                    |                                      |

```
              TRANSCRIPT OF MOTIONS TO SUPPRESS
             BEFORE THE HONORABLE EDWIN TORRES,
              UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

FOR THE GOVERNMENT:        JACQUELINE M. ARANGO, ESQ.
                           ALLYSON FRITZ, ESQ.
                           RICHARD E. GETCHELL, JR., ESQ.
                           Assistant U. S. Attorneys
                           99 Northeast Fourth Street
                           Miami, FL 33132      306.961.9000

FOR DEFENDANT BATISTE:     ANA MARIA JHONES, ESQ.
                           300 Seville Avenue, Suite 210
                           Coral Gables, FL 33134
                                                305.461.0700

FOR DEFENDANT ABRAHAM:     ALBERT Z. LEVIN, ESQ.
                           261 Northeast First Street
                           6th Floor
                           Miami, FL 33132      305.379.7101