1

```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                   MIAMI DIVISION
         CASE NO. 06-20373-CRIMINAL-LENARD
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | Miami, Florida |
| Plaintiff, | September 18, 2007 |
| vs. | 9:25 a.m. to 6:45 p.m. |
| NARSEAL BATISTE, et al., | Volume I |
| Defendants. | Pages 1 to 363 |

```
                    JURY TRIAL
         BEFORE THE HONORABLE JOAN A. LENARD,
               UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE GOVERNMENT:    JACQUELINE M. ARANGO, ESQ.,
                       RICHARD D. GREGORIE, ESQ.,
                       ALLYSON FRITZ, ESQ., and
                       RICHARD E. GETCHELL, JR., ESQ.
                       ASSISTANT UNITED STATES ATTORNEYS
                       99 Northeast Fourth Street
                       Miami, Florida 33132

FOR THE DEFENDANT      ANA MARIA JHONES, ESQ.
  NARSEAL BATISTE:     300 Seville Avenue, Suite 210
                       Coral Gables, Florida 33134

FOR THE DEFENDANT      ALBERT Z. LEVIN, ESQ.
  PATRICK ABRAHAM:     261 Northeast First Street
                       Sixth Floor
                       Miami, Florida 33132

FILED by D.C.
OCT 1 2 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

REC'D by D.C.
APPEAL
OCT 1 5 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-20373-CR-JAL
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☑ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____