UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20373-CR-LENARD

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs

**NAUDIMAR HERRERA,**

    Defendant.

_____/

**JUDGMENT OF ACQUITTAL**

THIS CAUSE having come before the Court for Criminal Jury Trial and the jury having returned a unanimous verdict of not guilty as to all four Counts of the Indictment, it is

**ORDERED AND ADJUDGED** that the Defendant, NAUDIMAR HERRERA, is hereby **ACQUITTED** as to each Count of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of May, 2009.

                                    **JOAN A. LENARD**
                                    **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record